The relief described hereinbelow is SO ORDERED

Done this 13th day of October, 2014.

William R. Sawyer
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

JAMES EDWARD BERRY
KIMBLIN DUBOSE BERRY

CASE NO: 13-81023

DEBTORS.

### SECOND AMENDED ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM STAY

This matter coming on to be heard on the movant, PHH Mortgage Corporation's Motion For Relief From Stay and the court being informed that the debtor, the debtor's attorney, the movant or attorney for the movant have reached an agreement, it is, therefore, Ordered as follows:

1. The Motion For Relief From Stay is DENIED as to any arrearage due in connection with the mortgage involved through the month of February, 2014.

2. The post-petition arrearage owed to PHH Mortgage Corporation through the month of February, 2014 shall be added to the plan by amendment and shall be paid by the trustee upon the filing of a proper claim. The creditor's claim shall receive a specified monthly payment of $78.00 per month on its claim. The debtors' payments to the trustee are hereby set at $530.00 bi-weekly.

Following is a breakdown of the arrearage to be added to the plan:

| | |
|---|---:|
| 3 payments at $956.75 each December, 2013- February, 2014 | $2,870.25 |
| Bankruptcy Attorney Fee | $550.00 |
| Court Cost | $176.00 |
| Less Suspense | $-68.00 |
| Total | $3,528.25 |

3. The Motion For Relief From Stay is DENIED to the extent the Debtor shall make all future payments direct to PHH Mortgage Corporation, beginning with the payment due March, 2014. However, should the debtor default under the terms of this order of the mortgage contract by failure to make a payment to the creditor within twenty (20) days of the payment due date beginning March, 2014, then the creditor shall give the Debtor, the Debtor's attorney and the Chapter 13 Trustee notice that payments have not been made pursuant to the order. PHH Mortgage Corporation is granted leave to proceed with foreclosure of the mortgage secured by the property located at 734 Clearview Road, Notasulga, AL 36866 in the event the Debtor fails to make any current payment when it becomes due.

6. In the event the Creditor obtains relief from stay, the Creditor shall not be required to file a Notice of Mortgage Payment Change, Fee Notice and/or a response to the Trustee's Notice of Final Cure as contemplated by Rule 3002.1 of the Federal Rules of Bankruptcy Procedure.

7. Bankruptcy Rule 3001(c)(2)(C), as amended, is not applicable to the amended proof of claim to be filed in connection with this Order and PHH Mortgage Corporation shall not be required to file an escrow account statement as of the date of the bankruptcy filing if one has not previously been filed.

8. In the event the Creditor obtains relief from stay, Bankruptcy Rule 4001(a)(3) shall not apply and the Creditor may proceed immediately with foreclosure

###END OF DOCUMENT###

Order consented by:
Charles-TLP M. Ingrum
PO Box 229
Opelika, AL 36803
334-745-3333


Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101
334-262-8371